
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 2 0 2009

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| TOMMY LINGEFELT, SR. | CIVIL ACTION NO. 08-0732 |
| VERSUS | JUDGE ROBERT G. JAMES |
| TIM WILKINSON, WARDEN | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation and the Supplemental Report and Recommendation of the Magistrate Judge previously filed herein [Doc. Nos. 2 & 8], and after an independent review of the record including the objections filed by Petitioner [Doc. No. 9], and having determined that the findings and recommendation are correct under the applicable law,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner Tommy Lingefelt, Sr.'s petition for writ of *habeas corpus* is DENIED AND DISMISSED WITH PREJUDICE as time-barred by the one-year limitation period codified at 28 U.S.C. § 2244(d).

MONROE, LOUISIANA, this 20 day of January, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE